**In the ESTATE OF Richard DURGIN, II, Respondent,**

**Marla Weigel, Appellant,**

v.

**Richard Durgin, Respondent.**

**No. WD 67221.**

Missouri Court of Appeals,
Western District.

July 24, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2007.

Application for Transfer Denied
Oct. 30, 2007.

Dennis J. Campbell Owens, for Appellant Marla Weigel.

Joel B. Eisenstein, Susan F. Robertson, Co–Counsel, for Respondent Richard Durgin.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Ms. Marla Weigel appeals from the judgment granting her former husband Mr. Richard Durgin sole guardianship of their incapacitated son. On appeal, she challenges the jurisdiction of the probate division and the effect of the guardianship on her parental rights.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).